**Order filed April 14, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00208-CR

———————

### EUGENE SHANNON ABNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 610227**

---

## O R D E R

The clerk's record was filed March 23, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain The Notice of Appeal filed on February 28, 2022.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 22, 2022**, containing the above listed item.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.